Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the sentences of the Wexford Circuit Court, and remand this case to the trial court for resentencing. Offense Variable 17 was inapplicable to defendant’s sentencing offense of assault with intent to do great bodily harm; therefore, it was plain error to score that variable. MCL 777.47(1), 777.22(1). In addition, Prior Record Variable 1 was misscored. According to the presentence investigation report, defendant was scored 25 points for this variable because of a 2005 conviction for attempted assault with intent to do great bodily harm. Because assault with intent to do great bodily harm is a class D offense, and an attempt to commit a class A, B, C, or D offense is a class E offense, defendant’s prior conviction for attempted assault with intent to do great bodily harm was a class E offense. MCL 777.19(3)(a). Defendant’s prior class E offense should have been treated as a “prior low severity felony conviction,” scorable under Prior Record Variable 2. MCL 777.52. Therefore, resentencing is required.
*1131 MCL 769.34(10); People v Kimble, 470 Mich 306 (2004). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. Court of Appeals No. 289179.